IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DANIEL G. OSTRANDER, <br> TDCJ No. 01777095, <br><br> Petitioner, <br><br> v. <br><br> KENDALL RICHERSON, <br> Warden of the Allred Unit, <br><br> Respondent. | § § § § § § § § § § § § § § Civil Action No. 7:17-CV-00143-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.

It is therefore ORDERED that the petition for habeas corpus is **DENIED** with prejudice.

**SO ORDERED** this 23rd day of May, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE